**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 11-03939 |
|---|---|---|
| | § | |
| JAMES K RICHARDSON | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/31/2011. The undersigned trustee was appointed on 01/31/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                    $15,827.28

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $13.66 |
    | Bank service fees | $416.76 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $15,396.86 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/07/2011 and the deadline for filing government claims was 09/07/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,332.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,332.73, for a total compensation of $2,332.73[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/12/2015        By:  /s/ Horace Fox, Jr.
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1        Exhibit A

| Case No.: | 11-03939 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | RICHARDSON, JAMES K | | Date Filed (f) or Converted (c): | 01/31/2011 (f) |
| For the Period Ending: | 12/12/2015 | | §341(a) Meeting Date: | 03/16/2011 |
| | | | Claims Bar Date: | 09/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Chase | $0.00 | $0.00 | | $0.00 | FA |
| 2  Misc Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 3  Misc Wearing Appearal | $500.00 | $0.00 | | $0.00 | FA |
| 4  Private Equity Fund | $18,113.89 | $18,113.89 | | $10,827.28 | FA |
| Asset Notes:  15,037.89 was in the account, of which debtor drew down 10,827.28, which he provided to me, having paid $4,210.61 in taxes. | | | | | |
| 5  2006 Saab 9-7X | $13,000.00 | $7,100.00 | | $5,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                   **Gross Value of Remaining Assets**

$32,113.89        $25,213.89        $15,827.28        $0.00

---

**Major Activities affecting case closing:**

11.17.15 motion to approve.  Asked that fee detail be provided for final report.

Motion to approve filed.

Read draft of motion to compromise.

Tax payment verified, file motion to approve compromise.

Motion for turnover set for 7.28.15.  Debtor has offered 10,827.28 to settle matter.  Debtor paid that amount, turnover motion withdrawn.

Reviewed drafts of motion for turnover and complaint to revoke discharge.

Serve new subpoena on Morgan Stanley for the bank account in which funds were transferred and file action to revoke debtor's discharge for appropriating estate property.

Compiled timesheets.

Received Morgan Stanley statement and it seems debtor has accepted 9,999+ dollars from the account since filing.  Investigate.  Mr. de 'Medici made demand, 1.23.15, via e-mail.

2.20.15 Need result of demand.

Reviewed rider and subpoena for stock in Morgan Stanley account

Sent request to Mr. de' Medici to seek turnover of stock asset.

Is this a taxable event, ask accountant. 9.11.14

File turnover motion to obtain stock.  6.24.14

All claims are unsecured and prior to claims bar date.  7.28.14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 11-03939 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | RICHARDSON, JAMES K | Date Filed (f) or Converted (c): | 01/31/2011 (f) |
| For the Period Ending: | 12/12/2015 | §341(a) Meeting Date: | 03/16/2011 |
| | | Claims Bar Date: | 09/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Assets are 7,000.00 of equity in vehicle and stock with a face value of 18,000 (8,000 vested). If I liquidate there is no residual value. If debtor wishes to keep some portion of residual value, he offers me something more than vested value and less than face value ie (12-14k). Directed attorney to send another demand letter and file suit if necessary. Called John Nasioakos 847-382-9516, 8.12.11  9.11.11 CALLED ATTY # disconnected or not it service.

Debtor has not cooperated with our request to provide us written authority to speak to Morgan Stanley, therefore must proceed by way of subpoena. E-mail to attorney ( both ) 01.04.12

Mr. Richardson came in with a check for 5k, saying he would cooperate with the Morgan Stanley inquiry and give written instructions to Stanley that I can operate in his stead. There remains a question about value (vested/ no vested) Mr. Richardson does not care to retain any value ( thinks undervalued ). Motion to approve  3.8.12. Order entered. Speak directly to Mr. Richardson, attorney has not responded well.

Need to liquidate stock, Private Equity Fund 6.30.12

Review claims, liquidate stock. 12.7.12

Debtor needs to sign document to deal with stock. 1.13.13.

3.4.13 sent authorization document to debtor to get value of stock.

Send again, no response to authorization document. 3.21.13

Contact attorney to get debtor cooperation on reducing stock to cash and get stock value 7.29.13

Emailed attorney re documents to  convert stock to cash. 10.30.13

 Review Private Equity stock requirements to convert to cash  2.4.14

All claims are unsecured and prior to claims bar date of 9.7.11.  4.18.14

Mr. de'Medic will file turnover request by 7.25.14

| Initial Projected Date Of Final Report (TFR): | 12/31/2012 | Current Projected Date Of Final Report (TFR): | 12/15/2015 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-03939 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | RICHARDSON, JAMES K | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9440 | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/31/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2012 | (5) | James Richardson | Equity in 2006 Saab | 1129-000 | $5,000.00 | | $5,000.00 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.32 | $4,991.68 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.53 | $4,984.15 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.04 | $4,976.11 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.02 | $4,968.09 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.75 | $4,960.34 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.77 | $4,951.57 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.95 | $4,944.62 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.97 | $4,936.65 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.22 | $4,928.43 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.43 | $4,921.00 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.94 | $4,913.06 |
| 02/05/2013 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $5.83 | $4,907.23 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.15 | $4,900.08 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.90 | $4,892.18 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.63 | $4,884.55 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.39 | $4,876.16 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.10 | $4,869.06 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.85 | $4,861.21 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.35 | $4,852.86 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.07 | $4,845.79 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.81 | $4,837.98 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.80 | $4,830.18 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.54 | $4,822.64 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $4,814.36 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.01 | $4,807.35 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.25 | $4,800.10 |
| 04/01/2014 | 5002 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $4.08 | $4,796.02 |
| | | | | **SUBTOTALS** | $5,000.00 | $203.98 | |

| Case No.: | 11-03939 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | RICHARDSON, JAMES K | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9440 | | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/31/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,788.53 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.97 | $4,780.56 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.21 | $4,773.35 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.70 | $4,765.65 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.93 | $4,757.72 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.18 | $4,750.54 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.16 | $4,742.38 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.91 | $4,735.47 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.64 | $4,727.83 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.87 | $4,719.96 |
| 02/26/2015 | 5003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.75 | $4,716.21 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.87 | $4,709.34 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.35 | $4,701.99 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.34 | $4,694.65 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.57 | $4,687.08 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.31 | $4,679.77 |
| 07/23/2015 | (4) | Chase/James Richardson | Mr. Richardson paid 28%, $4,210.61 for taxes | 1129-000 | $10,827.28 | | $15,507.05 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.67 | $15,493.38 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $23.38 | $15,470.00 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $24.15 | $15,445.85 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $25.72 | $15,420.13 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $23.27 | $15,396.86 |

**SUBTOTALS** $10,827.28 $226.44

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 11-03939 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | RICHARDSON, JAMES K | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9440 | | | **Checking Acct #:** | ******3901 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 1/31/2011 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/12/2015 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $15,827.28 | $430.42 | $15,396.86 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $15,827.28 | $430.42 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $15,827.28 | $430.42 | |

**For the period of  1/31/2011 to 12/12/2015**                      **For the entire history of the account between 02/28/2012 to 12/12/2015**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $15,827.28 | Total Compensable Receipts: | $15,827.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,827.28 | Total Comp/Non Comp Receipts: | $15,827.28 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $430.42 | Total Compensable Disbursements: | $430.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $430.42 | Total Comp/Non Comp  Disbursements: | $430.42 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-03939 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | RICHARDSON, JAMES K | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9440 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/31/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $15,827.28 | $430.42 | $15,396.86 |

**For the period of 1/31/2011 to 12/12/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $15,827.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,827.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $430.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $430.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/31/2011 to 12/12/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $15,827.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,827.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $430.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $430.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT

Page No: 1     Exhibit C

| Case No.: | 11-03939 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | RICHARDSON, JAMES K | | | Date: | 12/12/2015 |
| Claims Bar Date: | 09/07/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX<br><br>6 E. monroe 1004<br>Chicago IL 60603 | 09/10/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,332.73 | $2,332.73 | $0.00 | $0.00 | $0.00 | $2,332.73 |
| | BRUCE DE 'MEDICI<br><br>834<br>Forest<br>Oak Park IL 60302 | 11/12/2015 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $9,917.50 | $8,500.00 | $0.00 | $0.00 | $0.00 | $8,500.00 |
| 1 | CHASE BANK USA, N.A.<br><br>POB 15145<br>Wilmington DE 19850-5145 | 06/28/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,797.74 | $4,797.74 | $0.00 | $0.00 | $0.00 | $4,797.74 |
| 2 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 08/23/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,895.87 | $8,895.87 | $0.00 | $0.00 | $0.00 | $8,895.87 |

**Claim Notes:** (2-1) CREDIT CARD DEBT

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | JAMES K FISCHER<br><br>400 N Racine Unit 102<br>Chicago IL 60642 | 09/06/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $55,780.00 | $55,780.00 | $0.00 | $0.00 | $0.00 | $55,780.00 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK 73124-8809 | 09/07/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,062.34 | $7,062.34 | $0.00 | $0.00 | $0.00 | $7,062.34 |
| | | | | | | $88,786.18 | $87,368.68 | $0.00 | $0.00 | $0.00 | $87,368.68 |

CLAIM ANALYSIS REPORT

Page No: 2         Exhibit C

| Case No. | 11-03939 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | RICHARDSON, JAMES K | Date: | 12/12/2015 |
| Claims Bar Date: | 09/07/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Attorney for Trustee Fees (Other Firm) | $9,917.50 | $8,500.00 | $0.00 | $0.00 | $0.00 | $8,500.00 |
| General Unsecured 726(a)(2) | $76,535.95 | $76,535.95 | $0.00 | $0.00 | $0.00 | $76,535.95 |
| Trustee Compensation | $2,332.73 | $2,332.73 | $0.00 | $0.00 | $0.00 | $2,332.73 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       11-03939
Case Name:      JAMES K RICHARDSON
Trustee Name:   Horace Fox, Jr.

Balance on hand:     $15,396.86

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $15,396.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $2,332.73 | $0.00 | $2,332.73 |
| Bruce de 'Medici, Attorney for Trustee Fees | $8,500.00 | $0.00 | $8,500.00 |

Total to be paid for chapter 7 administrative expenses:     $10,832.73
Remaining balance:     $4,564.13

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $4,564.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $4,564.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $76,535.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $4,797.74 | $0.00 | $286.11 |
| 2 | American Express Centurion Bank | $8,895.87 | $0.00 | $530.50 |
| 3 | James K Fischer | $55,780.00 | $0.00 | $3,326.37 |
| 4 | FIA Card Services, NA/Bank of America | $7,062.34 | $0.00 | $421.15 |

Total to be paid to timely general unsecured claims:     $4,564.13
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

**UST Form 101-7-TFR (5/1/2011)**