# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-03939 |
| | § | |
| JAMES K RICHARDSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/18/2016, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/24/2016                By: /s/ Horace Fox, Jr.
                                            Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  § Case No. 11-03939
  §
JAMES K RICHARDSON §
  §
  §
  Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $15,827.28 |
| *and approved disbursements of* | $430.42 |
| *leaving a balance on hand of[1] :* | $15,396.86 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $15,396.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $2,332.73 | $0.00 | $2,332.73 |
| Bruce de 'Medici, Attorney for Trustee Fees | $8,500.00 | $0.00 | $8,500.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $10,832.73 |
| Remaining balance: | $4,564.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $4,564.13 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $4,564.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $76,535.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $4,797.74 | $0.00 | $286.11 |
| 2 | American Express Centurion Bank | $8,895.87 | $0.00 | $530.50 |
| 3 | James K Fischer | $55,780.00 | $0.00 | $3,326.37 |
| 4 | FIA Card Services, NA/Bank of America | $7,062.34 | $0.00 | $421.15 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $4,564.13 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
                   Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
```

In re:                                                    Case No. 11-03939-PSH
James K Richardson                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 1                  Date Rcvd: Jan 26, 2016
                              Form ID: pdf006          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2016.
```
db             +James K Richardson,    400 N Racine, Unit 203,     Chicago, IL 60642-6096
17702049        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16748181       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16748180       +Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
16748184      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
16748186       +Chase,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
16748185       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17478200        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16748187       +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
16748188       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16748189       +Citibankna,    1000 Technology Dr,    O Fallon, MO 63368-2239
16748191       +Eaf Llc (Original Creditor:08 Chase,     1120 West Lake Co Suite B,
                 Buffalo Grove, IL 60089-1970
16748193      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court:  Hsbc/Carsn,    Po Box 15524,    Wilmington, DE 19850)
16748192       +Heller And Frisone, (Original Credi,     33 North Lasalle Street,    Chicago, IL 60602-2603
16748194       +Hsbc/Carsn,    Pob 15521,    Wilmington, DE 19850-5521
16748195       +Hsbc/Rs,    Pob 15521,    Wilmington, DE 19850-5521
16748196       +James K Fischer,    400 N Racine Unit 102,    Chicago, IL 60642-6046
16748197       +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16748199       +Wff,    800 Walnut St,    Des Moines, IA 50309-3504
16748200       +Wff Cards,    Mac 4031-080 800 Walnut Street,    Des Moines, IA 50309-3504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16748190       +E-mail/Text: creditonebknotifications@resurgent.com Jan 27 2016 01:30:34      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
17767847        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2016 01:40:36
                 FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,
                 PO Box 248809,    Oklahoma City, OK 73124-8809
16748198       +E-mail/Text: ally@ebn.phinsolutions.com Jan 27 2016 01:30:23      Saab Financial,
                 17500 Chenal Pkwy Ste 20,    Little Rock, AR 72223-5197
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16748182      ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16748183      ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2016 at the address(es) listed below:
```
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Horace  Fox, JR    foxhorace@aol.com,    blehman@lehmanfox.com;hf@trustesolutions.net
              John  Nasiakos    on behalf of Debtor 1 James K Richardson john@nasiakoslaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```