**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-03939 |
| | § | |
| JAMES K RICHARDSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $6,900.00 |
| Total Distributions to Claimants: | $4,564.13 | Claims Discharged Without Payment: | $144,621.82 |
| Total Expenses of Administration: | $11,263.15 | | |

3) Total gross receipts of $15,827.28 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,827.28 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $12,680.65 | $11,263.15 | $11,263.15 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $127,766.00 | $76,535.95 | $76,535.95 | $4,564.13 |
| **Total Disbursements** | $127,766.00 | $89,216.60 | $87,799.10 | $15,827.28 |

4). This case was originally filed under chapter 7 on 01/31/2011. The case was pending for 63 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>05/02/2016</u>     By:  <u>/s/ Horace Fox, Jr.</u>
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2006 Saab 9-7X | 1129-000 | $5,000.00 |
| Private Equity Fund | 1129-000 | $10,827.28 |
| **TOTAL GROSS RECEIPTS** | | $15,827.28 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $2,332.73 | $2,332.73 | $2,332.73 |
| Arthur B. Levine Company | 2300-000 | NA | $3.75 | $3.75 | $3.75 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $4.08 | $4.08 | $4.08 |
| International Sureties, Ltd. | 2300-000 | NA | $5.83 | $5.83 | $5.83 |
| Green Bank | 2600-000 | NA | $416.76 | $416.76 | $416.76 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $9,917.50 | $8,500.00 | $8,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,680.65 | $11,263.15 | $11,263.15 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | $4,847.00 | $4,797.74 | $4,797.74 | $286.11 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | American Express Centurion Bank | 7100-000 | $9,719.00 | $8,895.87 | $8,895.87 | $530.50 |
| 3 | James K Fischer | 7100-000 | $40,550.00 | $55,780.00 | $55,780.00 | $3,326.37 |
| 4 | FIA Card Services, NA/Bank of America | 7100-000 | $0.00 | $7,062.34 | $7,062.34 | $421.15 |
| | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $7,062.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cap One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank Usa, Na | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $54,118.00 | $0.00 | $0.00 | $0.00 |
| | Citibankna | 7100-000 | $10,754.00 | $0.00 | $0.00 | $0.00 |
| | Credit One Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Eaf Llc (Original Creditor:08 Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Heller And Frisone, (Original Credi | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Hsbc/Carsn | 7100-000 | $367.00 | $0.00 | $0.00 | $0.00 |
| | Hsbc/Carsn | 7100-000 | $349.00 | $0.00 | $0.00 | $0.00 |
| | Hsbc/Rs | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rnb-Fields3 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Saab Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wff | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wff Cards | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $127,766.00 | $76,535.95 | $76,535.95 | $4,564.13 |

Case 11-03939 Doc 42 Filed 05/02/16 Entered 05/02/16 14:35:24 Desc Main
Document Page 5 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1       Exhibit 8

| Case No.: | 11-03939 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | RICHARDSON, JAMES K | | | Date Filed (f) or Converted (c): | 01/31/2011 (f) |
| For the Period Ending: | 5/2/2016 | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | Claims Bar Date: | 09/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Chase | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Chase value scheduled as zero. | | | | | |
| 2  Misc Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 3  Misc Wearing Appearal | $500.00 | $0.00 | | $0.00 | FA |
| 4  Private Equity Fund | $18,113.89 | $18,113.89 | | $10,827.28 | FA |
| **Asset Notes:**  15,037.89 was in the account, of which debtor drew down 10,827.28, which he provided to me, having paid $4,210.61 in taxes. | | | | | |
| 5  2006 Saab 9-7X | $13,000.00 | $7,100.00 | | $5,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                   **Gross Value of Remaining Assets**

$32,113.89        $25,213.89                 $15,827.28              $0.00

**Major Activities affecting case closing:**

4.13.16 submit all bank statements UST.

Interim bank statement received.  Supply outstanding check to UST

11.17.15 motion to approve.  Asked that fee detail be provided for final report.

Motion to approve filed.

Read draft of motion to compromise.

Tax payment verified, file motion to approve compromise.

Motion for turnover set for 7.28.15.  Debtor has offered 10,827.28 to settle matter.  Debtor paid that amount, turnover motion withdrawn.

Reviewed drafts of motion for turnover and complaint to revoke discharge.

Serve new subpoena on Morgan Stanley for the bank account in which funds were transferred and file action to revoke debtor's discharge for appropriating estate property.

Compiled timesheets.

Received Morgan Stanley statement and it seems debtor has accepted 9,999+ dollars from the account since filing.  Investigate.  Mr. de 'Medici made demand, 1.23.15, via e-mail.

2.20.15 Need result of demand.

Reviewed rider and subpoena for stock in Morgan Stanley account

Sent request to Mr. de' Medici to seek turnover of stock asset.

Is this a taxable event, ask accountant. 9.11.14

FORM 1

Page No: 2     Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 11-03939 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | RICHARDSON, JAMES K | | | Date Filed (f) or Converted (c): | 01/31/2011 (f) |
| For the Period Ending: | 5/2/2016 | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | Claims Bar Date: | 09/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

File turnover motion to obtain stock. 6.24.14

All claims are unsecured and prior to claims bar date. 7.28.14

Assets are 7,000.00 of equity in vehicle and stock with a face value of 18,000 (8,000 vested).  If I liquidate there is no residual value.  If debtor wishes to keep some portion of residual value, he offers me something more than vested value and less than face value ie (12-14k).  Directed attorney to send another demand letter and file suit if necessary.   Called John Nasioakos 847-382-9516, 8.12.11  9.11.11 CALLED ATTY # disconnected or not it service.

Debtor has not cooperated with our request to provide us written authority to speak to Morgan Stanley, therefore must proceed by way of subpoena.  E-mail to attorney ( both ) 01.04.12

Mr. Richardson came in with a check for 5k, saying he would cooperate with the Morgan Stanley inquiry and give written instructions to Stanley that I can operate in his stead. There remains a question about value (vested/ no vested) Mr. Richardson does not care to retain any value ( thinks undervalued ).  Motion to approve  3.8.12.  Order entered. Speak directly to Mr. Richardson, attorney has not responded well.

Need to liquidate stock, Private Equity Fund 6.30.12

Review claims, liquidate stock. 12.7.12

Debtor needs to sign document to deal with stock. 1.13.13.

3.4.13 sent authorization document to debtor to get value of stock.

Send again, no response to authorization document. 3.21.13

Contact attorney to get debtor cooperation on reducing stock to cash and get stock value 7.29.13

Emailed attorney re documents to  convert stock to cash. 10.30.13

 Review Private Equity stock requirements to convert to cash  2.4.14

All claims are unsecured and prior to claims bar date of 9.7.11.  4.18.14

Mr. de'Medic will file turnover request by 7.25.14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| | |
|---|---|
| **Case No.:** 11-03939 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** RICHARDSON, JAMES K | **Date Filed (f) or Converted (c):** 01/31/2011 (f) |
| **For the Period Ending:** 5/2/2016 | **§341(a) Meeting Date:** 03/16/2011 |
| | **Claims Bar Date:** 09/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2012       **Current Projected Date Of Final Report (TFR):** 12/15/2015       /s/ HORACE FOX, JR.
                                                                                                                                HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-03939 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | RICHARDSON, JAMES K | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9440 | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/31/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2012 | (5) | James Richardson | Equity in 2006 Saab | 1129-000 | $5,000.00 | | $5,000.00 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.32 | $4,991.68 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.53 | $4,984.15 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.04 | $4,976.11 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.02 | $4,968.09 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.75 | $4,960.34 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.77 | $4,951.57 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.95 | $4,944.62 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.97 | $4,936.65 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.22 | $4,928.43 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.43 | $4,921.00 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.94 | $4,913.06 |
| 02/05/2013 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $5.83 | $4,907.23 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.15 | $4,900.08 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.90 | $4,892.18 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.63 | $4,884.55 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.39 | $4,876.16 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.10 | $4,869.06 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.85 | $4,861.21 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.35 | $4,852.86 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.07 | $4,845.79 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.81 | $4,837.98 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.80 | $4,830.18 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.54 | $4,822.64 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $4,814.36 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.01 | $4,807.35 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.25 | $4,800.10 |
| 04/01/2014 | 5002 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $4.08 | $4,796.02 |
| | | | | **SUBTOTALS** | **$5,000.00** | **$203.98** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-03939 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | RICHARDSON, JAMES K | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9440 | | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/31/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,788.53 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.97 | $4,780.56 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.21 | $4,773.35 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.70 | $4,765.65 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.93 | $4,757.72 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.18 | $4,750.54 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.16 | $4,742.38 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.91 | $4,735.47 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.64 | $4,727.83 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.87 | $4,719.96 |
| 02/26/2015 | 5003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.75 | $4,716.21 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.87 | $4,709.34 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.35 | $4,701.99 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.34 | $4,694.65 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.57 | $4,687.08 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.31 | $4,679.77 |
| 07/23/2015 | (4) | Chase/James Richardson | Mr. Richardson paid 28%, $4,210.61 for taxes | 1129-000 | $10,827.28 | | $15,507.05 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.67 | $15,493.38 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $23.38 | $15,470.00 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $24.15 | $15,445.85 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $25.72 | $15,420.13 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $23.27 | $15,396.86 |
| 02/17/2016 | 5004 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 55.20; Amount Allowed: 8,500.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $8,500.00 | $6,896.86 |
| 02/17/2016 | 5005 | Horace Fox | Trustee Compensation | 2100-000 | | $2,332.73 | $4,564.13 |
| | | | **SUBTOTALS** | | $10,827.28 | $11,059.17 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-03939 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | RICHARDSON, JAMES K | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9440 | | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/31/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/17/2016 | 5006 | Chase Bank USA, N.A. | Final Account Number: ; Claim #: 1; Dividend: 1.85; Amount Allowed: 4,797.74; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $286.11 | $4,278.02 |
| 02/17/2016 | 5007 | American Express Centurion Bank | Final Account Number: ; Claim #: 2; Dividend: 3.44; Amount Allowed: 8,895.87; Notes: (2-1) CREDIT CARD DEBT; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $530.50 | $3,747.52 |
| 02/17/2016 | 5008 | James K Fischer | Final Account Number: ; Claim #: 3; Dividend: 21.60; Amount Allowed: 55,780.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $3,326.37 | $421.15 |
| 02/17/2016 | 5009 | FIA Card Services, NA/Bank of America | Final Account Number: ; Claim #: 4; Dividend: 2.73; Amount Allowed: 7,062.34; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $421.15 | $0.00 |
| | | | **TOTALS:** | | $15,827.28 | $15,827.28 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $15,827.28 | $15,827.28 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $15,827.28 | $15,827.28 | |

| For the period of 1/31/2011 to 5/2/2016 | | For the entire history of the account between 02/28/2012 to 5/2/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,827.28 | Total Compensable Receipts: | $15,827.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,827.28 | Total Comp/Non Comp Receipts: | $15,827.28 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15,827.28 | Total Compensable Disbursements: | $15,827.28 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,827.28 | Total Comp/Non Comp Disbursements: | $15,827.28 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4  Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-03939 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | RICHARDSON, JAMES K | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9440 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/31/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $15,827.28 | $15,827.28 | $0.00 |

**For the period of 1/31/2011 to 5/2/2016**

| | |
| --- | --- |
| Total Compensable Receipts: | $15,827.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,827.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,827.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,827.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/31/2011 to 5/2/2016**

| | |
| --- | --- |
| Total Compensable Receipts: | $15,827.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,827.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,827.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,827.28 |
| Total Internal/Transfer Disbursements: | $0.00 |